UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 14-2629-MWF(FFMx)**                               Dated: **March 6, 2015**

Title:      Nipponkoa Insurance Co., Ltd. -*v*- Clipper Exxpress Company, et al.

PRESENT:   HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

    Cheryl Wynn                                              None Present
    Courtroom Deputy                                         Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

    None Present                                             None Present

PROCEEDINGS (IN CHAMBERS):         COURT ORDER

    In light of the Notice of Settlement filed March 4, 2015, the Court sets a hearing on Order To Show Cause Re Dismissal for **April 13, 2015 at 11:30 a.m.**  If the stipulated dismissal is filed prior to this date, the matter will be taken off calendar.  **All other dates are hereby vacated.**

    **IT IS SO ORDERED.**

MINUTES FORM 90                                              Initials of Deputy Clerk   cw
CIVIL - GEN